IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THOMAS W. SHELLEY,

          Petitioner,                    ORDER

   v.                                      08-cv-76-bbc

MICHAEL A. WILLIAMS and DIVISION
OF COMMUNITY CORRECTIONS,

          Respondents.

---

Petitioner Thomas W. Shelley has filed what appears to be a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has also filed a motion for leave to proceed without prepaying the filing fees or costs of this action.

Neither the motion nor the petition contains enough information from which to conclude either that petitioner lacks the funds to pay the five dollar filing fee or that he has a cognizable constitutional claim for which habeas corpus is an appropriate remedy. Accordingly, the court will take no action on either the motion for leave to proceed *in forma pauperis* or the petition. Instead, I have enclosed a copy of the court's standard § 2254 packet. Petitioner should complete the enclosed § 2254 petition and petition for leave to proceed *in forma pauperis* and return these documents to the court no later than March 5,

2008. If petitioner fails to submit these documents to the court by March 5, 2008, then the court will dismiss his petition for failure to prosecute it.

Entered this 20th day of February, 2008.

> BY THE COURT:
>
> /s/
>
> STEPHEN L. CROCKER
> Magistrate Judge